[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-14186
Non-Argument Calendar

_____

D.C. Docket No. 8:17-cr-00552-MSS-CPT-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KURT GELL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(August 5, 2019)

Before TJOFLAT, MARTIN, and JORDAN, Circuit Judges.

PER CURIAM:

Michelle Yard, appointed counsel for Kurt Gell in this direct criminal

appeal, has moved to withdraw from further representation of Gell and filed a brief

pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because an independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gell's conviction and sentence are **AFFIRMED**.